JS-6

Carney R. Shegerian, SBN 150461
CShegerian@Shegerianlaw.com
Anthony Nguyen, SBN 259154
ANguyen@Shegerianlaw.com
Cheryl Kenner, SBN 305758
CKenner@Shegerianlaw.com
**SHEGERIAN & ASSOCIATES, INC.**
225 Santa Monica Boulevard, Suite 700
Santa Monica, CA 90401
Telephone: (310) 860-0770

Attorneys for Plaintiff, KIANI LEWIS,
on behalf of herself and all others
similarly situated

Helene Wasserman, SBN 130134
hwasserman@littler.com
Miranda Mossavar, SBN 279251
mmossavar@littler.com
**LITTLER MENDELSON, P.C.**
2049 Century Park, Suite 500
Los Angeles, California 90067
Telephone: (213) 443-4300

Tara L. Presnell, SBN 234123
tpresnell@littler.com
**LITTLER MENDELSON, P.C.**
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: (925) 932-2468

Attorneys for Defendant
EXPEDITORS INTERNATIONAL
OF WASHINGTON, INC.

FILED
CLERK, U.S. DISTRICT COURT

MAR 27, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ____BH____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIANI LEWIS, on behalf of herself and all others similarly situated and aggrieved,<br><br>                    Plaintiff,<br><br>          vs.<br><br>EXPEDITORS, INC., EXPEDITORS INTERNATIONAL, and EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.,<br><br><br>                    Defendants. | Case No.:  2:18-cv-02871 VAP (PJWx)<br><br>[Assigned for all purposes to the Hon. Virginia A. Phillips and the Hon. Magistrate Judge Patrick J. Walsh]<br><br>**[PROPOSED] ORDER REGARDING STIPULATION FOR DISMISSAL** |

**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL**

## ORDER

Having reviewed the Parties' Stipulation for Dismissal of Individual Claims With Prejudice and Class Action Claims Without Prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the Court in the above-captioned action hereby GRANTS the Parties' stipulation and dismisses Plaintiff's complaint in its entirety, with prejudice as to Plaintiff's individual claims and without prejudice as to all class claims.

**IT IS SO ORDERED.**

Dated:  March 27, 2019

Honorable Virginia A. Phillips
Chief United States District Judge

**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL**